IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS V. GILBERT,                                   )   No. C 11-1102 LHK (PR)
                                                     )
        Plaintiff,                                   )   ORDER OF DISMISSAL
                                                     )
  vs.                                                )
                                                     )
                                                     )
ALAMEDA COUNTY OF CALIFORNIA,                        )
et al.,                                              )
                                                     )
        Defendants.                                  )
_____                )

      On March 8, 2011, Plaintiff filed a *pro se* federal civil rights complaint pursuant to 42 U.S.C. § 1983.  On April 25, 2011, the Court dismissed this action with leave to amend due to several deficiencies in Plaintiff's civil rights complaint.  The Court warned Plaintiff that the failure to file an amended civil rights complaint within thirty days would result in the dismissal of this action.  To date, Plaintiff has not communicated with the Court.  Accordingly, this case is DISMISSED without prejudice.  The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: _6/7/11_____                       _____
                                                          LUCY H. KOH
                                                          United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Gilbert102dis.wpd