IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS V. GILBERT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALAMEDA COUNTY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. C 11-1102 LHK (PR)<br><br>JUDGMENT |

　　　The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED:　 6/7/11

_LUCY H. KOH_
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Gilbert102jud.wpd